Jonathon J. Herzog, Bar No. 162339
jherzog@westzog.com
Kathy Lerner, Bar No. 285131
klerner@westzog.com
WESTON HERZOG LLP
550 N. Brand Boulevard, Suite 1990
Glendale, California 91203
Telephone: (818) 755-8555
Facsimile: (818) 755-8542

Attorneys for Defendant,
ASHLEY FURNITURE INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DAVID ROBERTSON, an individual<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:<br><br>**DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**<br><br>San Bernardino County Superior Court Case No. CIVDS2010024<br><br>Complaint Filed: May 29, 2020<br>Trial Date: None Set |

TO THE DISTRICT COURT OF THE UNITED STATES, CENTRAL DISTRICT OF CALIFORNIA, AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, ASHLEY FURNITURE INDUSTRIES, INC. (hereinafter "Defendant Ashley Furniture"), hereby removes the above-captioned civil action from the Superior Court of the State of California for the County of San Bernardino to the United States District Court for the Central

District of California, based upon diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a), 1332(c), and 1441(b).

This removal is based on the following grounds:

**I. TIMELINESS**

1. On or about May 29, 2020, Plaintiff David Robertson ("Plaintiff") commenced this action by filing a Complaint in the Superior Court for the State of California for the County of San Bernardino – San Bernardino Justice Center, entitled *David Robertson v. Ashley Furniture Industries, Inc., et al.,* Case No. CIVDS2010024 (the "State Action").

2. Defendant Ashley Furniture was personally served with a copy of the complaint in the State Action on July 6, 2020. Defendant Ashley Furniture filed its Answer to the State Action on August 4, 2020.

3. This Notice of Removal is timely filed within 30 days of Defendant Ashley Furniture being served with the complaint in the State Action and within one (1) year of commencement of this action as required by 28 U.S.C. §1446(b). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (holding that "a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons …").

**II. JOINDER**

4. There are no defendants that are required to join in this removal. All other defendants are fictitiously named and need not be considered for purposes of removal. 28 U.S.C. § 1441(b).

**III. JURISDICTION: DIVERSITY**

5. This Court has original jurisdiction over this State Action under 28 U.S.C. §1332(a) because it is a civil action between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs. Thus, removal of this State Action is proper pursuant to 28 U.S.C. §§ 1332(a) and 1441(a).

6. More specifically, Plaintiff alleges in his Complaint in the State Court Action, that he was first injured at work on or about February 21, 2019 and prescribed several months of leave following this incident. He returned to work on or about July 2019 with restrictions and was placed on light duty. On or about September 23, 2019, Plaintiff sustained another workplace injury, after which he returned to work on or about October 2, 2019. Plaintiff was then placed on temporary total disability. Plaintiff was granted a Right to Sue from the Department of Fair Employment and Housing on March 20, 2020. Plaintiff then filed the State Action against Defendant Ashley Furniture for damages in excess of $75,000.

7. The State Court in which the State Action was commenced is within this Court's district and division. Therefore, this action is properly removed to this Court pursuant to 28 U.S.C. §1441(b).

### A. Citizenship of Plaintiff

8. Defendant Ashley Furniture is informed and believes, and on that basis alleges, that Plaintiff at all times relevant herein, was, and is, an individual over 18 years of age and residing in Apple Valley, San Bernardino County, California. (Pl.'s Complaint, ¶1).

### B. Citizenship of Defendant Ashley Furniture

9. Defendant Ashley Furniture was, at the time of the filing of the State Action, and still is, a Wisconsin corporation with a principal place of business in Arcadia, Wisconsin.

### C. Doe Defendants

10. Defendant Ashley Furniture is informed and believes that the Defendants identified in the complaint as Does 1-100 in the State Action are nominal Defendants who should be disregarded for the purposes of determining whether removal is proper on diversity grounds. 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of jurisdiction under section 1332(a)

of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

11. Though the DOE Defendants are alleged to be responsible in some manner for the incidents giving rise to Plaintiff's damages, Plaintiff does not know the names or capacities of the Doe Defendants. As a result, there is no reasonable basis to discover or name any additional Defendants for any purpose than to prevent removal from the State Court of this action.

### D. Amount in Controversy

12. The State Action filed by Plaintiff seeks recovery against Defendant Ashley Furniture for general damages in excess of $250,000 in addition to lost wages and benefits, compensatory damages, punitive damages and attorneys' fees and costs. (Pl.'s Complaint, Prayer for Damages).

13. Special damages, attorneys' fees and punitive damages should be counted toward the $75,000 jurisdictional threshold. *See Haase v. Aerodynamics Incorporated*, 2009 WL 3368519, *3-5 (E.D. Cal. 2009) (noting that claims for special and general damages, attorneys' fees, and punitive damages may be counted towards the jurisdictional minimum when such items are recoverable as a matter of state law).

## IV. STATE ACTION PLEADINGS

14. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings and orders served on Defendant Ashley Furniture, as well as all other pleadings, motions and papers filed in the State Action, are attached to this Notice of Removal as Exhibit "A." These documents include the following: (1) Complaint filed by Plaintiff; (2) Civil Case Cover Sheet filed by Plaintiff; (3) Summons (on Complaint); (4) Certificate of Assignment of the Superior Court of California, County of San Bernardino; (5) Notice of Trial Setting Conference and accompanying Certificate of Service; and (6) Defendant Ashley Furniture's Answer to Plaintiff's Complaint.

15. Based on the Court's Notice of Trial Setting Conference there is no trial date yet set in this matter which is currently assigned for all purposes to the Honorable Judge Keith D. Davis in Department S25 of the San Bernardino County Superior Court located at 247 West Third Street, San Bernardino, California 92415.

## V. NOTICE

16. Defendant Ashley Furniture has authorized the undersigned counsel to execute this Notice of Removal on its behalf.

17. In accordance with 28 U.S.C. §1446(d) copies of this Notice of Removal are being contemporaneously served on Plaintiff's counsel and filed with the Clerk of the Superior Court, County of San Bernardino, State of California. Once this Notice of Removal is filed, a Notice to Adverse Party of Removal to Federal Court will be served on Plaintiff's counsel and filed in the State Action.

WHEREFORE, Defendant Ashley Furniture prays that this matter pending in the San Bernardino Superior Court be removed to this Court.

Dated: August 4, 2020                    WESTON HERZOG LLP

/s/ Kathy Lerner
KATHY LERNER
Attorneys for Defendant,
ASHLEY FURNITURE INDUSTRIES, INC.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 550 N. Brand Boulevard, Suite 1990, Glendale, CA 91203.

On **August 5, 2020,** I served the within document(s) described as :

**DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

on interested parties in this action as stated below:

| | |
|---|---|
| Tiara Gose, Esq.<br>BARKHORDARIAN LAW FIRM, PLC<br>6047 Bristol Parkway, Second Floor<br>Culver City, CA 90230 | Counsel for Plaintiff<br>Telephone: (323) 450-2777<br>Fax:<br>E-Mail: Tiara@barklawfirm.com |

☒ BY E-MAIL (ONLY BY ELECTRONIC TRANSMISSION): By e-mailing the document(s) to the persons at the e-mail address(es) listed above during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ (FEDERAL) I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on August 5, 2020, at Glendale, California.

/s/ Vyonka Williams
VYONKA WILLIAMS